IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
BEAUMONT DIVISION

| | | |
|---|---|---|
| GLENN ALLAN ROSS, | § | |
| | § | |
| *Plaintiff*, | § | CIVIL ACTION NO. 1:24-CV-365 |
| | § | |
| v. | § | |
| | § | |
| COMMISSIONER OF SOCIAL SECURITY ADMINISTATION, | § | JUDGE MICHAEL TRUNCALE |
| | § | |
| *Defendant*. | § | |

### ORDER ADOPTING REPORT AND RECOMMENDATION

The court referred this matter to the Honorable Zack Hawthorn, United States Magistrate Judge, for consideration pursuant to applicable law and orders of this court. The court has received and considered the Report of the United States Magistrate Judge (Dkt. #9) pursuant to such order, along with the record and pleadings. No objections to the Report of the United States Magistrate Judge were filed, and the deadline for doing so has passed. After careful review, the court finds that the findings of fact and conclusions of law of the United States Magistrate Judge are correct.

Accordingly, the Report and Recommendation of the United States Magistrate Judge is ADOPTED. A Final Judgment will be entered separately in accordance with the magistrate judge's recommendation.

**SIGNED this 7th day of August, 2025.**

Michael J. Truncale
United States District Judge